IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DAVID EUGENE NICKLAS,
        Petitioner,
    v.                                        **Judgment in a Civil Case**
FEDERAL BUREAU OF PRISONS;
FEDERAL MEDICAL CENTER,
        Respondents.                   Case Number: 5:11-HC-2224-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration after the issuance of an order to show cause.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice as directed by the court.

This Judgment Filed and Entered on September 13, 2012, with service on:
David Eugene Nicklas 07972-010, Butner - F.M.C., P.O. Box 1600, Butner, NC 27509 (via U.S. Mail)

September 13, 2012                                   /s/ Julie A. Richards
                                                                Clerk